In the Matter of the Judicial Settlement of the Account of Proceedings of JULIUS LEHRENKRAUSS and Another, as Executors, etc., of WILHELMINE DORING, Deceased, Respondents. CONSUL GENERAL OF THE REPUBLIC OF POLAND, Acting on Behalf of STEFAN WOYCZYNSKI, Mayor of the Town of Tczew, Poland, Appellant; FRIEDA HULDA LEIDING and Others, Respondents. This is a proceeding for the judicial settlement of the account of proceedings of the executors in which the executors requested a construction of one of the provisions of the codicil theretofore probated. Decree of the Surrogate's Court of Queens county in so far as it involves the construction of the will of the testatrix reversed on the law and the facts, with costs to the appellant, payable out of the estate, and the matter remitted to the Surrogate's Court to enter a decree accordingly. The clause of the codicil held invalid by the surrogate involves no ambiguity, and the beneficiaries of the trust are sufficiently identified. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

In the Matter of the Application of ROSALIE JEROME, Respondent, for Payment of Award Made for Part of Parcel 30 on the Damage Map and in the Final Decree of the Court in the Proceedings to Acquire Title to Thirteenth Street from Twelfth Street to Fillmore Avenue in the Borough of Queens, City of New York. THE PARIS-HENCKEN COMPANY, Appellant.— Order directing the comptroller of the city of New York to pay to the petitioner the amount awarded for her proportionate share of damage parcel No. 30 involved in this proceeding affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.